# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIAH LUCAS JR, <br><br> Plaintiff, <br><br> v. <br><br> HEALTH CARE MANAGEMENT AT CALIFORNIA STATE PRISON CORCORAN, et al., <br><br> Defendants. | CASE NO. 1:08-cv-00167-LJO-DLB PC <br><br> ORDER REQUIRING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT, OR NOTIFY COURT OF WILLINGNESS TO PROCEED ON FIRST AMENDED COMPLAINT WITHOUT SUPPLEMENT <br><br> (Docs. 8, 10) |

Plaintiff Isiah Lucas Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 1, 2008. On September 26, 2008, the Court dismissed Plaintiff's complaint with leave to file an amended complaint. (Doc. 6). On October 27, 2008, Plaintiff filed a first amended complaint. Then, on November 5, 2008, Plaintiff filed a document entitled, "Re: SUPPLEMENT to Amended Complaint", wherein Plaintiff has attached an exhibit that was omitted from his first amended complaint. (Docs. 8, 10).

Local Rule 15-220 provides that "[u]nless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by Court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed supplemented until this Rule has been complied with. All changed pleadings shall contain copies of all exhibits referred to

1

1 | in the changed pleading..." Plaintiff is not permitted to submit his amended complaint piecemeal.
2 | It is the Court's experience that allowing for piecemeal submissions of a pleading inevitably leads
3 | to confusion.
4 |     Accordingly, within thirty (30) days of service of this order, Plaintiff shall file a second
5 | amended complaint that is complete in itself.[1]
6 |     Failure to comply with this order will result in a recommendation that this action be
7 | dismissed for failure to obey a court order.
8 |     IT IS SO ORDERED.
9 |     **Dated:   March 17, 2009**           **/s/ Dennis L. Beck**
                                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Although the Federal Rules of Civil Procedure allow parties to attach exhibits to their pleadings, it is the experience of this court that when prisoners proceeding without the assistance of counsel submit exhibits in support of their complaints, the exhibits serve only to confuse the record and make it much more difficult for the court to determine whether or not the prisoner has any cognizable claims for relief. The court looks to the factual allegations to determine whether or not the plaintiff has stated a claim for relief. The court must assume that the plaintiff's factual allegations are true. Therefore, it is unnecessary, generally, for the plaintiff to submit evidence in support of his allegations.